FILED ___
LODGED ___
RECEIVED ___
MAIL

JUN 18 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| , LEONARD CARTER<br><br>Plaintiff,<br><br>v.<br><br>, UNIVERSITY OF WASHINGTON School of DENTISTRY,<br><br>Defendant. | CASE NO. C22-551-RSM<br><br>MOTION TO SERVE SUMMONS ON THE UNIVERSITY OF WASHINGTON School of Dentistry By FEDERAL MARSHALLS. |

DEAR Judge Martinez, Can you please have the Federal Marshalls serve the summons on the University of Washington School of Dentistry.

LEONARD CARTER,
Pro Se ATTORNEY,
6/15/2022.
*Leonard Carter*

1

LEONARD CARTER
1170 HARRISON STREET
SEATTLE, WASHINGTON 98109
APT. #310

SEATTLE WA 980
16 JUN 2022 PM 6 L

c/o Judge Martinez

U.S. DISTRICT COURT
CLERKS OFFICE
700 STEWART STREET
SUITE 2310
SEATTLE, WASHINGTON 98101

FILED
LODGED
RECEIVED

JUN 18 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPU...

98101-444285

