UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD CARTER, ) | |
| ) | CASE NO. C22-551-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION FOR EXTENSION OF TIME |
| UNIVERSITY OF WASHINGTON ) | |
| SCHOOL OF DENTISTRY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the court is *pro se* Plaintiff Leonard Carter's motion for an extension of time to file an amended complaint (Dkt. #10). Mr. Carter is proceeding *in forma pauperis* ("IFP"). Dkt. #4.

On August 22, 2022, the Court dismissed with leave to amend Mr. Carter's complaint for failure to state a claim pursuant to 28 U.S.C.§ 1915(e)(2)(B). Dkt. #8. The Court ordered Mr. Carter to file an amended complaint, if any, within 14 days, i.e., September 6, 2022. On September 6, Mr. Carter instead filed this motion for an extension of time. Dkt. #10.

The Court GRANTS Mr. Carter's motion for an extension of time (Dkt. #10) to file an amended complaint that addresses the deficiencies the Court identified in its August 22, 2022, order (Dkt. #8). Mr. Carter must file his amended complaint, if any, no later than fourteen (14)

ORDER - 1

days from the date of this order.  If Mr. Carter fails to timely comply with this order or fails to file an amended complaint that remedies the deficiencies identified in the Court's August 22 order, the Court will dismiss Mr. Carter's complaint without leave to amend.

DATED this 7th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2