UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD CARTER, ) | |
| ) | CASE NO. C22-551-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNIVERSITY OF WASHINGTON ) | |
| SCHOOL OF DENTISTRY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the court is *pro se* Plaintiff Leonard Carter's second motion for an extension of time to file an amended complaint. Dkt. #12. Mr. Carter is proceeding *in forma pauperis* ("IFP"). Dkt. #4.

On August 22, 2022, the Court dismissed with leave to amend Mr. Carter's complaint. Dkt. #8. The Court found that Mr. Carter's complaint failed to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). *Id.* The Court ordered Mr. Carter to file an amended complaint, if any, within 14 days, i.e., September 6, 2022. On September 6, Mr. Carter instead filed a motion for an extension of time. Dkt. #10. On September 7, 2022, the Court granted Mr. Carter's first motion for extension requiring him to file his amended complaint, if any, no later than fourteen days from date of the order. Dkt. #11. On September 19, 2022, Mr. Carter sought another

ORDER - 1

extension because he was scheduled to meet with attorneys from the Loren Miller Bar Association at 6 p.m. Dkt. #12. Mr. Carter claims that he specifically has a meeting with civil rights attorneys from the Loren Miller Bar Association and will discuss how to amend his complaint in this action during his meeting. *Id.*

The Court GRANTS Mr. Carter's second motion for an extension of time (Dkt. #12) to file an amended complaint that addresses the deficiencies the Court identified in its August 22, 2022, order (Dkt. #8). Mr. Carter must file his amended complaint, if any, no later than fourteen (14) days from the date of this order. If Mr. Carter fails to timely comply with this order or fails to file an amended complaint that remedies the deficiencies identified in the court's August 22 order, the Court will dismiss Mr. Carter's complaint without leave to amend. **The Court will not grant Mr. Carter any further extensions to amend his complaint.**

DATED this 21st day of September 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2