UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD CARTER, | ) |
| | ) CASE NO. C22-551-RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| UNIVERSITY OF WASHINGTON SCHOOL OF DENTISTRY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On August 22, 2022, the Court dismissed with leave to amend Mr. Carter's complaint. Dkt. #8. The court found pursuant to 28 U.S.C.§ 1915(e)(2)(B) that Mr. Carter's complaint failed to state a claim. *Id.* The Court ordered Mr. Carter to file an amended complaint, if any, within 14 days, i.e., September 6, 2022. *Id.* The Court has since granted Mr. Carter two motions for an extension of time to file an amended complaint. Dkts. # 11, 13. In the Court's second order the Court made clear that it "will not grant Mr. Carter any further extensions to amend his complaint." Dkt. #13 at 2 (emphasis removed). Mr. Carter has again failed to file a timely amended complaint. On October 5, 2022, Mr. Carter filed a one paragraph letter with the Court entitled "Amended Complaint," which solely repeats the relief Mr. Carter requested in his initial complaint. Dkt. #15. Even if the Court were to treat this as an amended

ORDER OF DISMISSAL - 1

complaint, this sole paragraph and repetition of Mr. Carter's requested relief does not cure the deficiencies identified in the Court's initial order dismissing Mr. Carter's initial complaint. *See generally* Dkt. #8.

The Court hereby finds and ORDERS:

(1) Plaintiff's claims are DISMISSED and this case is CLOSED;

(2) Plaintiff's Motion to Serve Summons on the University of Washington School of Dentistry (Dkt. #7) is DENIED as moot;

(3) Plaintiff's Motion for Change of Venue (Dkt. #9) is DENIED as moot;

(4) Plaintiff's Request for Legal Counsel (Dkt. #14) is DENIED as moot;

(5) The Clerk is directed to send copies of this Order to the parties.

DATED this 6th day of October 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2