# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONARD CARTER,

      Plaintiff,

  v.

UNIVERSITY OF WASHINGTON
SCHOOL OF DENTISTRY,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.   C22-551-RSM

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    Plaintiff's claims are DISMISSED and this case is CLOSED.

    DATED this 6th day of October, 2022.

                                RAVI SUBRAMANIAN
                                Clerk


                                *s/Serge Bodnarchuk*
                                Deputy Clerk